IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01662-MEH

TRAVIS PEDERSON, on behalf of himself,
and all other plaintiffs similarly situated, known
and unknown,

  Plaintiffs,

v.

931 E, 11ᵀᴴ AVE. CORP. d/b/a The Park Tavern & Restaurant,
Louis Belegratis, Individually, and
Kristene Enriquez, Individually,

  Defendants.

---

## ORDER

---

**Michael E. Hegarty, United States Magistrate Judge**.

Before the Court is the parties' Stipulation for Dismissal With Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [filed June 29, 2023; ECF 37]. Rule 41(a)(1)(A)(ii) provides that "an action" may be dismissed without a court order upon the filing of "a stipulation of dismissal signed by all parties who have appeared." Therefore, this case was **DISMISSED WITH PREJUDICE**, with each party to bear its own fees and costs, upon the filing of the Stipulation. No order of dismissal is necessary. The Clerk of Court shall close this case.

Dated and entered at Denver, Colorado, this 29th day of June, 2023.

            BY THE COURT:

            *Michael E. Hegarty*

            Michael E. Hegarty
            United States Magistrate Judge